UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | NO. 1:17-cr-285 |
| --- | --- | --- |
| | ) | |
| v. | ) | (Chief Judge Conner) |
| | ) | |
| DARRELL HEIZMAN, | ) | |
| Defendant. | ) | (Electronically Filed) |

PRELIMINARY ORDER OF FORFEITURE

IT IS HEREBY ORDERED THAT:

1. As the result of guilty plea to violations of 21 U.S.C. § 841(a)(1), for which the United States sought forfeiture pursuant to 21 U.S.C. § 853, defendant shall forfeit to the United States:

   a. all property constituting, or derived from, gross proceeds the defendant obtained directly or indirectly, as the result of such violations; and

   b. all property used or intended to be used in any manner or part to commit or facilitate the commission of the offense.

2. The court has determined, based on the defendant's Plea Agreement, that the following proceeds are subject to forfeiture pursuant to 21 U.S.C. 841(a)(1), and that the government has

established the requisite nexus between such proceeds and such offenses:

  a. All proceeds of the 18 U.S.C. § 841 offenses, totaling at least but not limited to, $13,405 in U.S. Currency.

3. Because the defendant dissipated the above-described property constituting or derived from any proceeds obtained directly or indirectly as a result of the offenses, the United States may seek, as a substitute asset pursuant to 21 U.S.C. § 853(p), forfeiture of any of the defendant's property up to the value of the dissipated proceeds.

4. In accordance with the provisions of Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States is permitted to undertake whatever discovery is necessary to identify, locate, or dispose of property subject to forfeiture, or substitute assets for such property.

5. Pursuant to Rule 32.2(b)(6)(C) & (c)(1), no service or publication of notice is required since this Order consists solely of the obtained and dissipated proceeds of the crimes.

6. Pursuant to Fed. R. Crim. P. 32.2(b)(3) and 18 U.S.C. § 3554, this Preliminary Order of Forfeiture has become final as to the

defendant pursuant to the Plea Agreement and shall be made part of the sentence and included in the judgment.

7. Once this order has been incorporated into the defendant's sentence, the court will enter a Final Order of Forfeiture.

8. The court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

9. The Clerk of Court shall forward four certified copies of this order to Assistant U.S. Attorney Jenny P. Roberts, U.S. Attorney's Office, Middle District of Pennsylvania.

SO ORDERED this 2nd day of April 2019.

/s/ CHRISTOPHER C. CONNER
CHRISTOPHER C. CONNER
UNITED STATES DISTRICT JUDGE